IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROLANDA MURPHY,

   Plaintiff,

       v.

EDDIE GONZALEZ ALVEZ, *et al.*,

   Defendants.

CIVIL NO. 23-1112(JAG)

## PARTIAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 18, Partial Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's claims against Uber Puerto Rico, LLC and Uber Technologies, Inc., without the imposition of attorney's fees or costs.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, May 15, 2023.

                                                                  s/ Jay A. Garcia-Gregory
                                                                  JAY A. GARCIA-GREGORY
                                                                  U.S. DISTRICT JUDGE