IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ROLANDA MURPHY,<br><br>**Plaintiff,**<br><br>v.<br><br>EDDIE GONZALEZ ALVEZ; LIBERTY MUTUAL INSURANCE.; A INSURANCE COMPANY; B INSURANCE COMPANY; Z COMPANY,<br><br>**Defendants.** | CIVIL NO. 23-1112(JAG) |

## PARTIAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 23, Partial Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's claims against Eddie González Alvez, without the imposition of attorney's fees or costs.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, June 28, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE
