IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROLANDA MURPHY,

   **Plaintiff,**

      v.

LIBERTY MUTUAL INSURANCE COMPANY, *et al.*,

   **Defendants.**

CIVIL NO. 23-1112 (JAG)

## JUDGMENT

Pursuant to the Joint Notice Requesting Dismissal of the Complaint with Prejudice, Docket No. 29, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

   IT IS SO ORDERED.

   In San Juan, Puerto Rico this Thursday, May 30, 2024.

                                                s/ Jay A. Garcia-Gregory
                                                JAY A. GARCIA-GREGORY
                                                U.S. DISTRICT JUDGE